Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Sarai Hannah Ajai,

Plaintiff,

vs.

North Dakota Department of Transportation and The United States Postal Service, Office of Inspector General,
Defendants.

JUDGMENT IN A CIVIL CASE

Case No.  3:24-cv-127

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order entered on September 19th 2024 at Document 18, the DOT's motion to dismiss, (Doc. 8), is GRANTED, Ajai's motions to quash and to respond, (Doc. 13; Doc. 15), are DENIED, Ajai's motion for an extension of time, (Doc. 12), is DENIED, and Ajai's complaint, (Doc. 1), is DISMISSED in its entirety.

Date: September 19, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Sarah Lien, Deputy Clerk*