Local PLRA Appeal Packet                                                                                Rev. 8/7/09

FORM TO BE USED BY A ~~A~~ Non PRISONER IN FILING AN APPEAL
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Sarai Hannah Ajai
_____
Plaintiff/Appellant

[Note: Enter name of each Plaintiff/Appellant]

NOTICE OF APPEAL

vs.                                              Case No. 3:24-cv-127

North Dakota Department of Transportation,
The United States Postal Service,
Office of Inspector General,
ET AL,
Defendant/Appellees.

[Enter name of each Defendant/Appellee]

Please take notice that Plaintiff/Appellant, __Sarai Hannah Ajai__
                                              [Note: enter your name]

hereby appeals to the United States Court of Appeals for the Eighth Circuit from the

☐ Judgment  ☒ Order entered in this action on __9/19/24__ at Docket Number __3:24-cv-127__
[Note: check applicable box]   [Note: enter date]   [Note: enter document number]

Signed this __18__ day of __Oct__, 20__24__.

__Sarai Hannah Ajai__
[Note: Signature of Plaintiff/Appellant]